No. 73–6044. BRASHIER *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 73–6048. MOORE *v.* SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 73–6050. OLDEN *v.* PHELPS ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–6051. ADAMS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 73–6057. OLBROT *v.* ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 73–6058. PAGE *v.* COWAN, PENITENTIARY SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 73–6060. SOLES *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 73–6066. REED *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 73–6155. LONG *v.* HAIRE ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–6168. URBAUER *v.* ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 72–1503. SEARS, ROEBUCK & Co. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.